**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_______________ DIVISION**

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 05 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

RECEIVED
WD/AR
FEB 28 2013
U.S. CLERK'S OFFICE

John Wayne Bridgewater
**(Enter above the full name of the plaintiff in this action.)**

**Prisoner ID No.** 652210

**V.** **CASE NO.** 13-5047-JLH

DR. Troy Glen Moore

Corizon Medical

______________________

**(Enter above the full name of the defendant, or defendants, in this action.)**

**I. Previous Lawsuits**

**A.** **Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?**

**Yes** ______ **No** X

**B.** **If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)**

**1.** **Parties to this lawsuit**

**Plaintiffs:** ______________________

______________________

**Defendants:** ______________________

______________________

**(Revised 12/2011)**



(4)

2. **Court (if federal court, name the district; if state, name the county):**

______________________________

______________________________

3. **Docket number:** ______________________________

4. **Name of judge to whom case was assigned:** ______________________________

5. **Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)** ______________________________

6. **Approximate date of filing lawsuit:** ______________________________

7. **Approximate date of disposition:** ______________________________

**II. Place of Present Confinement:** ARKANSAS DEPT OF CORRECTION Cummins Unit P.O. Box 500 Grady AR 71644-0500

**III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>**

**A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?**

**Yes** X **No** ______

**B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u>**

**C. If your answer is NO, explain why not:** ______________________________

______________________________

______________________________

**IV. Parties**

**(In item A below, place your name in the first blank and place your present address in the second blank.)**

**A.** **Name of plaintiff:** John Wayne Bridgewater

**Address:** P.O. Box 500 Grady AR 71644-0500

**(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)**

**B.** **Defendant:** Troy Glen Moore

**Position:** DR.

**Place of Employment:** Corizon Medical / Ar Dept of Corrections (Cummins Unit)

**Address:** Corizon Corporate Headquarters 105 Westpark DR Suite 200 Brentwood TN 37027

**Defendant:** Nurse CABALLA

**Position:** NURSE -

**Place of Employment:** ADC - Cummins Unit / Corizon Corporate HQ (P.O. Box 500 Grady AR 71644-0500)

**Address:** 105 Westpark DR Suite 200 Brentwood TN 37027

**Defendant:** Corizon Corporate Headquarters

**Position:** Company Owner

**Place of Employment:** Brentwood TN

**Address:** 105 Westpark DR Suite 200 Brentwood TN 37027

**Defendant:**

**Position:**

**Place of Employment:** ______________________________

**Address:** ______________________________

**Defendant:** ______________________________

**Position:** ______________________________

**Place of Employment:** ______________________________

**Address:** ______________________________

**V. Are you suing the defendants in: (check the appropriate blank)**

____ **official capacity only**
____ **personal capacity only**
_X_ **both official and personal capacity**

**VI. At the time of the alleged incident(s), were you: (check the appropriate blank)**

____ **in jail and still awaiting trial on pending criminal charges**
_X_ **serving a sentence as a result of a judgment of conviction**
____ **in jail for other reasons (*e.g.*, alleged probation violation, etc.)**

**Explain:** 10 yrs ADC For Breaking and Entering, Theft-of-Property, Terroristic Threatning 1st degree and FTA.

**Please provide the date of your conviction or probation or parole revocation:**

______________________________

**VII. Statement of Claim**

**State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)**

______________________________

On November 15 2012 I had a lay-in to see Dr. Moore. When I got down there he refused to see me. Now here it is on Feburary 11 2013 and on Feburary 13 2013 I was laid-in to see Dr. Moore and he did not call for me on either occasion. In November of 2012 I came to medical reguarding my hands being messed up my nails look like they have been rottening away and my hands locking up. Now Janurary 23rd 2013 I was brought in from the field (HOE SQUAD) for chest pains well Nurse Rice denied me medical attention and told me to go back to work. Now on Friday Janurary 25 2013 I was laid in for sick call and seen Nurse Rice again and this time she ordered me a chest x-ray. Well I go to my x-ray on Friday Feburary 1 2013 and then back to the barracks still hurting Now on Thursday Feburary 7 2013 I was laid in for the (3rd) third time for sick call reguarding my chest pains and now Nurse Rice refers me to the doctor. Now I get a lay-in on Monday Feburary 11 2013 and on Wednesday Feburary 13 2013 to see Dr. MOORE. FACT is he was here both days until late at night around 9:30 - 10:15 p.m So since Dr. Moore is not seeing any patients than what is he doing all day and part of the night besides billing Corizon Medical for services not rendered. My chest is still hurting - feels like a bone is popping in and out and I still cannot get proper medical treatment. I should have been sent to a regular Hospital for proper medical attention and the right tests done. Not have to see a nurse 3 times before even getting referred to a doctor then getting put off. Three weeks is too long a time period to see a doctor.

John W Bridgewater

Thursday February 21 2013

This is now Thursday Feburary 21 2013 and these grievances are proof enough that I am getting refused medical care. I know I only listed DR. MOORE because I do not know how to spell Nurse Caballe's name properly. I want this matter resolved as soon as it can be. Justice needs to be served.

Thank You
John W Bridgewater
2/21/13

**VIII. Relief**

**If you are seeking to recover damages from the named defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:**

X **Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)**

X **Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)**

**State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.**

10 MILLION Compensatory

25 MILLION Punitive

COMPLETE PARDON OF All FELONIES

All MISDEMEANOR FINES AND COSTS PAID FOR AND MY D.L BACK

**I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.**

**Executed this** 25 **day of** Feburary**, 20**13**.**

John W Bridgewater

**Signature of Plaintiff**

Work

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

| FOR OFFICE USE ONLY |
|---|
| GRV. #________ |
| Date Received: ________ |
| GRV. Code #: ________ |

**Unit/Center** Cummins

**Name** John W Bridgewater

**ADC#** 652210 **Brks #** 15 **Job Assignment** Hoe #1

________ (Date) STEP ONE: Informal Resolution

________ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: ________________

1-23-13 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: CHEST PAINS - DENIED MEDICAL Treatment by NURSE RICE

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I John W Bridgewater #652210 was escorted on code green from the field for having chest pains. Nurse Rice stated there was nothing wrong with me. That was at 9:30 AM. It is now 10:40 AM and I am still having chest pains. There was no X-ray's or EKG tests done. I want to see a real doctor today. Feels like my bone is popping in & out of my upper chest.

John W Bridgewater — Inmate Signature

1-23-13 — Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 1/23/13 (date), and determined to be **Step One** and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to (medical) or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: J. Greer Date 1/23/13

C. Holloman — **PRINT** STAFF NAME (PROBLEM SOLVER)
94576 — ID Number
C. Holloman — Staff Signature
1/23/13 — Date Received

Describe action taken to resolve complaint, including **dates**: You were uncooperative during your 1-23-13 Nurse visit. She did not note any signs of distress + you were in the dental dept discussing another issue without authorization. Submit a sick call request if you need to be re-evaluated. [illegible] 1/25/13

[signature] 1-28-13 — Staff Signature & Date Returned

John W Bridgewater 1/28/13 — Inmate Signature & Date Received

This form was received on ________ (date), pursuant to **Step Two**. Is it an Emergency? _______ (Yes or No).
Staff Who Received Step Two Grievance: ________________ Date: ________
Action Taken: ________________ (Forwarded to Grievance Officer/Warden/Other) Date: ________
If forwarded, provide name of person receiving this form: ________________ Date: ________

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

| FOR OFFICE USE ONLY |
| --- |
| GRV. #______________ |
| Date Received: ______________ |
| GRV. Code #: ______________ |

**Unit/Center** Cummins

**Name** John W Bridgewater

**ADC#** 652210 **Brks #** 15 **Job Assignment** Hoe #1

________ (Date) STEP ONE: Informal Resolution

________ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: ______________________

1-23-13 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: CHEST PAINS - DENIED MEDICAL Treatment by NURSE RICE

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I John W Bridgewater #652210 was escorted on code green from the field for having chest pains. Nurse Rice stated there was nothing wrong with me. That was at 9:30 AM. It is now 10:40 AM and I am still having chest pains. There was no X-rays or EKG tests done. I want to see a real doctor today. Feels like my bone is popping in & out of my upper chest.

John W Bridgewater
Inmate Signature

1-23-13
Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 1/23/13 (date), and determined to be **Step One** and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to (medical) or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: [illegible signature] Date 1/23/13

C. Holloman — 94576 — C. Holloman — 1/23/13

PRINT STAFF NAME (PROBLEM SOLVER) — ID Number — Staff Signature — Date Received

Describe action taken to resolve complaint, including **dates**: ______________________

Staff Signature & Date Returned ______________ Inmate Signature & Date Received ______________

This form was received on ________ (date), pursuant to **Step Two**. Is it an Emergency? ________ (Yes or No).

Staff Who Received Step Two Grievance: ______________ Date: ________

Action Taken: ______________ (Forwarded to Grievance Officer/Warden/Other) Date: ________

If forwarded, provide name of person receiving this form: ______________ Date: ________

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

DR Moore

**FOR OFFICE USE ONLY**

GRV. #

Date Received:

GRV. Code #:

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

**Unit/Center** CUMMINS

**Name** John W Bridgewater

**ADC#** 652210 **Brks #** 15 **Job Assignment** Hoe #1

2-18-13 (Date) STEP ONE: Informal Resolution

_______ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _______

_______ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _______

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one:* (*medical* circled) *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 2-1-13 I got an X-Ray on my Chest on 2-7-13 Nurse Rice Referred to DR Moore. Now on 2-11-13 and 2-15-13 I was [illegible] to see DR Moore. I am still having chest pain and I know he was working both days until late at night. This violates my rights [redacted] deliberate indifference. If he does not want to do his job then he needs to quit or get fired. With my chest pain I could die w/out proper medical care and I am not getting proper care. And seeing a nurse three (3) times before seeing a doctor is not proper medical care. I should have seen a doctor 1-23-13 when I was brought in from the field on a code green for chest pain.

John W Bridgewater
Inmate Signature

2-18-13
Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 2-18-13 (date), and determined to be **Step One** and/or an Emergency Grievance YES (Yes or No). This form was forwarded to (medical circled) or mental health? YES (Yes or No). If yes, name of the person in that department receiving this form: [signature] Date 2-18-13

Clarence Thornton — 79549 — [signature] — 2-18-13

**PRINT** STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

Describe action taken to resolve complaint, including **dates**: _______

Staff Signature & Date Returned Inmate Signature & Date Received

This form was received on _______ (date), pursuant to **Step Two**. Is it an Emergency? _______ (Yes or No).

Staff Who Received Step Two Grievance: _______ Date: _______

Action Taken: _______ (Forwarded to Grievance Officer/Warden/Other) Date: _______

If forwarded, provide name of person receiving this form: _______ Date: _______

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

FOR OFFICE USE ONLY

GRV. #

Date Received:

GRV. Code #:

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

**Unit/Center** [illegible]

**Name** [illegible]

**ADC#** [illegible] **Brks #** 11 B **Job Assignment** [illegible]

11/2?/12 (Date) STEP ONE: Informal Resolution

(Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why:

(Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why:

*Is this Grievance concerning Medical or Mental Health Services?* yes *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On Thursday, Nov 15, 2012 [illegible] Dr Moore [illegible] X-Ray [illegible] dial care [illegible] "AM" [illegible]

[illegible] 11-20-12

Inmate Signature Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 11-20-12 (date), and determined to be **Step One** and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: Date

[illegible] 93?11 [illegible] 11-20-12

PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

Describe action taken to resolve complaint, including **dates**:

Staff Signature & Date Returned Inmate Signature & Date Received

This form was received on (date), pursuant to **Step Two**. Is it an Emergency? (Yes or No).

Staff Who Received Step Two Grievance: Date:

Action Taken: (Forwarded to Grievance Officer/Warden/Other) Date:

If forwarded, provide name of person receiving this form: Date:

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

| FOR OFFICE USE ONLY |
|---|
| GRV. #: |
| Date Received: |
| GRV. Code #: |

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

**Unit/Center** CUMMINS

**Name** John W Bridgewater

**ADC#** 652210 **Brks #** 15 **Job Assignment** HOE #1

_______ (Date) STEP ONE: Informal Resolution

_______ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _______

2-21-13 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: CHEST PAINS – REFUSED TO SEE BY NURSE CABALLA STILL HAVING CHEST PAINS.

*Is this Grievance concerning Medical or Mental Health Services?* Yes *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): ON 2-20-13 Sgt [redacted] Nail escorted me to the infirmary for chest pains. This was around 9:05 p.m. I was in their wait around 11:15 pm and Nurse Caballa Refused to see me. Said I did not look distressed. How can I not look distressed if you do not see me! All she did was tell the officer and he told me and they sent me back to my barracks. Now that she knows I was having chest pains and I still am. I will let her explain to a Federal Judge why she refused to see me. I still need medical Attention.

John W Bridgewater — Inmate Signature

2-21-13 — Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY** (Owens)

This form was received on 2-21-13 (date), and determined to be **Step One** and/or an Emergency Grievance No (Yes or No). This form was forwarded to medical or mental health? No (Yes or No). If yes, name of the person in that department receiving this form: [illegible] Date 2-21-13

Cpl M Buckley — PRINT STAFF NAME (PROBLEM SOLVER) | 0327 — ID Number | Cpl M Buckley — Staff Signature | 2-21-13 — Date Received

Describe action taken to resolve complaint, including **dates**: _______

Staff Signature & Date Returned _______ Inmate Signature & Date Received _______

This form was received on _______ (date), pursuant to **Step Two**. Is it an Emergency? _______ (Yes or No).

Staff Who Received Step Two Grievance: _______ Date: _______

Action Taken: _______ (Forwarded to Grievance Officer/Warden/Other) Date: _______

If forwarded, provide name of person receiving this form: _______ Date: _______

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bridgewater, John W. ADC #: 652210 GRIEVANCE#:CU-12-02903

On November 20, 2012, you grieved that you are not receiving proper medical care. You state that you were laid in to see Dr. Moore on November 15, but he refused to see you. You state that you need an x-ray on your hands instead of your back.

The medical department responded, "You were scheduled with Dr Moore on 11-15-12. Per Dr Moores notes you became angry when he did not agree with his opinion of what your Medical Grade should be. You demanded that he see you about the pain in your hands. Dr Moore ended the visit when you began using profanity. Your grievance is without merit."

Your appeal states that Dr. Moore refused to see you. You state that you should be an M3 due to arthritis and previous surgeries on your back and right leg.

According to your medical record, you were seen by Dr. Moore on November 15, 2012, and he noted that you inquired about your medical class and back x-ray. He noted that you had a T-spine x-ray on May 15, 2012 that was normal and that you became angry when he did not agree with your opinion of what your medical class should be. You demanded that he see you about the pain in your hands; however, he advised you to submit a sick call and concluded the visit when you began using profanity. (You were given a physical examination upon intake on April 4, 2012 and the provider classified you as an M1 with no medical restrictions.)

This appeal is without merit as Dr. Moore did not refuse to see you on November 15.

Wendy Kelley
Director

2/11/13
Date

IGTT420
3GH

Attachment IV

INMATE NAME: Bridgewater, John W. ADC #: 652210C GRIEVANCE #: CU-12-02903

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(605) Your 11-21-12 grievance has been received and reviewed as well as your medical record to determine if medically necessary healthcare, as determined by your healthcare providers, has been provided to you.
You state that you have medical problems that require a licensed PHD/Physician.
You were scheduled with Dr Moore on 11-15-12. Per Dr Moores notes you became angry when he did not agree with his opinion of what your Medical Grade should be. You demanded that he see you about the pain in your hands. Dr Moore ended the visit when you began using profanity. Your grievance is without merit.
If your condition changes please address any concerns through the sick call process.

He did not even See me
So you will believe this statement
Vs The Truth.

Marie Austin

Signature of Health Services Administrator/Mental Health Supervisor or Designee

Marie E Austin — Title

12/21/2012 — Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? On Nov 15 2012 my 5th + 8th amendment rights were Violated. Along with Due Process, Deliberate Indifference. DR. MOORE Refused to see me period. So How is this w/out Merit. These quazi statements to try and throw me off needs to stop and proper medical attention to take care of me should take effect immediatly. w/out a "sick call." All you want is more money and not take care of the patient. I also want Corizon Medical's Address + Phone # and e-mail if Available. With my health Problems I should be M-3. I have Authritis as well as surgery on my back and Right leg. You have 15 days to respond or I will take it as you don't care and I will start a Federal lawsuit along with a complaint to U.S Dept of Justice Special Litigation Section. Civil Rights Division.

John Wayne Bridgewater — Inmate Signature

652210 — ADC#

12-24-12 — Date

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
DEC 31 2012
HEALTH & CORRECTIONAL PROGRAMS

TO: MEDICAL

FOR OFFICE USE ONLY
GRV. # CU-12-02903
Date Received:
GRV. Code #: 6

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

**Unit/Center** Cumming Unit

**Name** John W Bridgewater

**ADC#** 652210 **Brks #** 11-B **Job Assignment** Hoe #5

11/20/12 (Date) STEP ONE: Informal Resolution

11/21/12 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Issue Not Resolved.

_______ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why:

*Is this Grievance concerning Medical or Mental Health Services?* Yes *If yes, circle one:* (medical) *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On Thursday November 15 2012 I was laid in to See DR. MOORE. When called into his office he refused to see me. My Constitutional Rights have been violated. I have medical problems that require a liscened PHD/Physician or MD. I do not Need an X-RAY on my back. I need it on my hands. I am not getting proper medical care. By Law President Obama made it to where every person with or w/out insurance gets proper medical treatment. I want proper treatment with out Argument from medical staff or "ADC" staff.

RECEIVED - DEPUTY DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION
HEALTH & CORRECTIONAL PROGRAMS

John W Bridgewater — Inmate Signature

11-20-12 — Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 11-20-12 (date), and determined to be **Step One** and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: [signature] Date 11-20-12

COI Jones — **PRINT** STAFF NAME (PROBLEM SOLVER)
9241 — ID Number
COI Jones — Staff Signature
11-20-12 — Date Received

Describe action taken to resolve complaint, including **dates**: Notes on 11/15/12, Dr Moore states you asked about a change in your medical class, you became angry, began using profanity, and you left the office. [illegible] Brathwaite 11/20/12

COI Jones 11/20/12 [signature] 11/21 — Staff Signature & Date Returned
John W Bridgewater — Inmate Signature & Date Received

This form was received on ______ (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: ______ Date: ______
Action Taken: ______ (Forwarded to Grievance Officer/Warden/Other) Date: ______
If forwarded, provide name of person receiving this form: ______ Date: ______

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

John Bridgewater
ADC # 652210
P.O. Box 500 Bks. 15
GRADY, AR 71644-0500

United Stat
Court
Office of T
35 E. Moun
Fayetteville

Legal Mail