**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN W. BRIDGEWATER                                                                                    PLAINTIFF
ADC #652210

v.                                              5:13CV00076-BSM-JJV

CORIZON INC.; *et al.*,                                                                                DEFENDANTS

## ORDER

1. The Court finds service is appropriate for the Defendants.

2. The Clerk of the Court shall prepare Summons for these Defendants.

3. The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 1) and Summons on the Defendants without prepayment of fees and costs or security therefore.

SO ORDERED this 11th day of March, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE